**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: PHILIPS RECALLED CPAP, | ) | |
| BI-LEVEL PAP, AND MECHANICAL | ) | Master Docket: Misc. No. 21-1230 |
| VENTILATOR PRODUCTS | ) | |
| LITIGATION, | ) | MDL No. 3014 |
| | ) | |
| This Document Relates to: All Actions | ) | |

**PRETRIAL ORDER #14**

**SCHEDULING  THE FILING OF CONSOLIDATED AMENDED CLASS AND MASTER
COMPLAINTS, ANSWERS, MOTIONS TO DISMISS, AND RELATED BRIEFING**

Upon consideration of the parties' agreement to a Scheduling Order setting forth an orderly

and efficient process for filing consolidated amended class and master complaints, answers,

motions to dismiss, and briefing related thereto, the following deadlines shall apply:

- Consolidated Amended Class Action (Economic Loss) Complaint:  June 20, 2022
    - Answers or Motions to Dismiss:  August 22, 2022
    - Oppositions to Motions to Dismiss:  October 21, 2022
    - Replies in Support of Motions to Dismiss:  December 5, 2022

- Consolidated Amended Class Action (Medical Monitoring) Complaint:  August 22, 2022
    - Answers or Motions to Dismiss:  October 24, 2022
    - Oppositions to Motions to Dismiss:  December 23, 2022
    - Replies in Support of Motions to Dismiss:  February 6, 2023

- Master Personal Injury Complaint:  August 22, 2022
    - Answers or Motions to Dismiss:  October 24, 2022
    - Oppositions to Motions to Dismiss:  December 23, 2022
    - Replies in Support of Motions to Dismiss:  February 6, 2023

**IT IS SO ORDERED** this 19th day of May 2022.

/s/ JOY FLOWERS CONTI
**JOY FLOWERS CONTI**
*Senior United States District Judge*