IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LIABILITY LITIGATION | Master Docket: Misc. No. 21-01230<br><br>MDL NO. 3014 |

This Document Relates To:
*All Actions*

# PRETRIAL ORDER #15

## APPOINTING DISCOVERY LIAISON COUNSEL

During the March 22 and April 20, 2022 status conferences, the Court stated that "[E]ach side needs to have a liaison that I would appoint so that the liaison can be meeting and conferring about how to coordinate discovery…" between this MDL and the *SoClean, Inc. Marketing, Sales Practices, and Products Liability Litigation*, MDL No 3021. *See* Transcript of March 22, 2022 Status Conference, page 36. After conferring, the parties have made their discovery liaison counsel selections:

- *Philips MDL Plaintiffs:* Co-Lead Counsel, along with their SoClean Discovery Liaison Committee: Elizabeth Pollock-Avery (Lynch Carpenter, LLP) and Charles E. Schaffer (Levin Sedran & Berman, LLP).

- *Philips RS North America LLC:* Laura Hughes McNally (Morgan, Lewis & Bockius, LLP)

- *Koninklijke Philips NV, Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation:* Suniti N. Mehta and Elizabeth N. Olsen (Sullivan & Cromwell, LLP)

Accordingly, the Court hereby appoints the above-referenced individuals as liaison counsel to ensure the coordination of any overlapping discovery with the *SoClean* MDL. In the event the

parties seek to make any changes to their liaison counsel, they should make an application to the Court at such time.

Dated: May 19, 2022

                                            **BY THE COURT:**

                                         /s/ JOY FLOWERS CONTI
                                         Joy Flowers Conti
                                         Senior United States District Judge

**AGREED TO THIS 17th DAY OF MAY 2022:**

|  |  |
|---|---|
|  | */s/ D. Aaron Rihn*<br>D. Aaron Rihn, Esquire<br>**ROBERT PEIRCE & ASSOCIATES, P.C.**<br>707 Grant Street, Suite 125<br>Pittsburgh, PA 15219<br>T (412) 281-7229<br>arihn@peircelaw.com |
|  | */s/ Peter S. Wolff*<br>Peter S. Wolff, Esquire<br>**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**<br>One Oxford Centre, 38th Floor<br>Pittsburgh, PA 15219<br>T (412) 263-2000<br>psw@pietragallo.com |
|  | *Plaintiffs' Co-Liaison Counsel* |
| */s/ John P. Lavelle, Jr.*<br>John P. Lavelle, Jr., Esquire<br>**MORGAN, LEWIS & BOCKIUS, LLP**<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>T (215) 963-5000<br>john.lavelle@morganlewis.com | */s/ Kelly K. Iverson*<br>Kelly K. Iverson, Esquire<br>**LYNCH CARPENTER, LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 152222<br>T (412) 322-9243<br>kelly@lcllp.com |

/s/ Wendy West Feinstein
Wendy West Feinstein, Esquire
**MORGAN, LEWIS & BOCKIUS, LLP**
One Oxford Center, 32nd Floor
Pittsburgh, PA 15219-6401
T (412) 560-3300
wendy.feinstein@morganlewis.com

*Counsel for Defendant Philips RS North America, LLC*

/s/ Michael H. Steinberg
Michael H. Steinberg, Esquire
**SULLIVAN & CROMWELL, LLP**
1888 Century Park East
Los Angeles, CA 90067
T (310) 712-6670
steinbergm@sullcrom.com

/s/ William B. Monahan
William B. Monahan, Esquire
Suniti N. Mehta, Esquire
Elizabeth N. Olsen, Esquire
**SULLIVAN & CROMWELL, LLP**
125 Broad Street
New York, NY 10004
T (212) 558-7375
monahanw@sullcrom.com
mehtas@sullcrom.com
olsene@sullcrom.com

*Counsel for Defendants Koninklijke Philips NV, Philips North America LLC, Philips Holding USA Inc., and Philips RS North America Holding Corporation*

/s/ Sandra L. Duggan
Sandra L. Duggan, Esquire
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
T (215) 592-1500
sduggan@lfsblaw.com

/s/ Christopher A. Seeger
Christopher A. Seeger, Esquire
**SEEGER WEISS, LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
T (973) 639-9100
cseeger@seegerweiss.com

/s/ Steve A. Schwartz
Steve A. Schwartz, Esquire
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH, LLP**
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 19041
T (610) 642-8500
steveschwartz@chimicles.com

*Plaintiffs' Co-Lead Counsel*